738

■ BRIDGET STRONG, Appellant, v. STANLEY S. ELKO, Respondent.— Appeal from order of September 9, 1957 dismissed, without costs. No opinion. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ BRIDGET STRONG, Appellant, v. STANLEY S. ELKO, Respondent.— Order of May 5, 1959 unanimously affirmed, without costs. No opinion. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SYLVIA DRULIE et al., Respondents, v. GEORGE ETZEL, Appellant, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ JOHN ATTARD, Respondent, v. CALIFORNIA INSURANCE COMPANY et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ˙ IDA BINKIN, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Defendant and Interpleading Plaintiff. NORMAN J. STEINBERG, Interpleaded Defendant-Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ HELEN SCHAEFER, Respondent, v.·ALICE WILLIAMS, as Acting President of AMALGAMATED UNION, LOCAL 5, U.A.W., C.U.A., Also Known as AMALGAMATED UNITED AUTOMOBILE WORKERS UNION, C.U.A., LOCAL 5, Appellants. — Order unanimously affirmed, with $20 costs and disbursements to plaintiff-respondent. Since we are advised that a plenary action is pending, the order is stayed pending the disposition thereof. Settle order. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SALVADOR BENADON v. JORGE ANTONIO.— Motion granted insofar as to permit the appellant to dispense with printing the exhibits, on condition that the appellant serves one photostatic copy of each exhibit to be omitted on the attorney for the respondent and files five photostatic copies thereof with this court, and on the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before December 24, 1959, with notice of argument for January 5, 1960, said appeal to be argued or submitted when reached. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ FIRST TERRACE GARDENS, INC., v. UNITED MUTUAL FIRE INSURANCE COMPANY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the appellants' points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ARTHUR HANDLEY.— Motion to dismiss appeal granted. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ROBERT SIMMONS, INC. v. SIMMONS KING, INC., et al.— Motion to dismiss appeal granted, with $10 costs, and the stay contained in the order of this court, entered June 18, 1959, is vacated. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ALBERT MINTZER v. CARL M. LOEB et al.— Motion granted on condition that the original papers in the prior action are filed with this court at the time of filing the printed record on appeal and upon the further condition that the appellant procures the printed record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of